UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ARTHUR O. ARMSTRONG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | Case No. 5:12-CV-810-FL |
| ROY COOPER; JOHN DOE; | ) | |
| T.C. WILLIAM; and M.C. CAULEY, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge entered April 15, 2013.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on May 8, 2013, and for the reasons set forth more specifically therein, that plaintiff's complaint is dismissed. The court sanctions plaintiff $350.00 and determines that an appeal from its order would be frivolous. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on May 9, 2013, and Copies To:**

Arthur O. Armstrong (via U.S. Mail) 8113 Pleasant Hill Road, Elm City, NC 27822

May 9, 2013                                JULIE A. RICHARDS, CLERK
                                            /s/ Christa N. Baker
                                           (By) Christa N. Baker, Deputy Clerk